# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| Kenneth Melton | Case No. |
| Plaintiff, | Judge: |
| v. | |
| United Collection Bureau, Inc. | **NOTICE OF DISMISSAL** |
| Defendant. | **WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

This case was settled on June 23, 2008 and, at that time, Plaintiff's counsel intended to notify the Court of the settlement but due to an inadvertent oversight did not do so.  Plaintiff's counsel apologizes for any inconvenience that oversight may have caused.

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:____*/s/ Jeffrey S. Hyslip*
        Jeffrey S. Hyslip (Bar # 0079315)
        Sears Tower
        233 South Wacker Drive
        Suite 5150
        Chicago, IL 60606
        Tel: 866.339.1156
        Fax: 312.822.1064
        jsh@legalhelpers.com
        *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2008 a copy of the foregoing Notice was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  The following party was served through U.S. Mail.  Parties may access this filing through the Court's system.

United Collection Bureau, Inc.
5620 Southwyck Blvd, Suite 206
Toledo, OH 43614

*/s/ Jeffrey Hyslip*