# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Kenneth Melton | Case No.  08-0891 |
| Plaintiff, | Judge:  James G. Carr |
| v. | |
| United Collection Bureau, Inc. | **NOTICE OF DISMISSAL** |
| | **WITH PREJUDICE** |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action pursuant to Fed. R. 41(a)1(i), with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

This case was settled on June 23, 2008 and, at that time, Plaintiff's counsel intended to notify the Court of the settlement but due to an inadvertent oversight did not do so.  Plaintiff's counsel apologizes for any inconvenience that oversight may have caused.

IT IS SO ORDERED.

 /s/ James G. Carr 8/7/2008
_____
Chief Judge

RESPECTFULLY SUBMITTED,

Macey & Aleman, P.C.

By:     */s/ Jeffrey S. Hyslip*
     Jeffrey S. Hyslip (Bar # 0079315)
     Sears Tower
     233 South Wacker Drive
     Suite 5150
     Chicago, IL 60606
     Tel: 866.339.1156
     Fax: 312.822.1064
     jsh@legalhelpers.com
     *Attorney for Plaintiff*